UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

ANTHONY HAMILTON,

        Defendant(s).

----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

20-MAG-12327

Defendant <u>ANTHONY HAMILTON</u> hereby voluntarily consents to participate in the following proceeding via ~~video~~ *teleconferencing*:

__X__ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Felony Plea/Trial/Sentence


_/s/ Anthony Hamilton_____      _/s/ Marisa K. Cabrera_____
Defendant's Signature      Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Anthony Hamilton_____      _Marisa K. Cabrera_____
Print Defendant's Name      Print Defense Counsel's Name


This proceeding was conducted by reliable telephone conferencing technology and the dial-in information for the call was publicly available and provided to the press.

January 12, 2021      _____
Date      U.S. Magistrate Judge – ONA T. WANG